**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LINCOLN NATIONAL CORPORATION, an
Indiana corporation,

     Plaintiff,

v.                              CASE NO: 1:23-cv-05096

DONNA BOGDANSKI,

     Defendant.

_____/

## COMPLAINT AT LAW

The Plaintiff, LINCOLN NATIONAL CORPORATION ("Lincoln"), by and through its attorneys, Kaufman, Dolowich & Voluck, LLP, hereby files this Complaint against the Defendant, DONNA BOGDANSKI ("Bogdanski"), and in support states:

## JURISDICTION AND VENUE

1. Jurisdiction is proper under 28 U.S.C. §1322(a)(1) because there is diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of attorney's fees, interest, and costs.

2. Venue is proper in this district because the Defendant is domiciled in this district.

## THE PARTIES

3. The Plaintiff, Lincoln National Corporation ("Lincoln"), is an Indiana corporation with its principal place of business in Pennsylvania.

4. The Defendant, Donna Bogdanski ("Bogdanski"), is an Illinois citizen who is domiciled in DuPage County, Illinois.

## FACTUAL ALLEGATIONS

5.      On or about April 12, 2022, Bogdanski surrendered her ChoicePlus SM variable annuity Contract #922257345 (the "Contract") with Lincoln.

6.      Pursuant to the terms of the Contract, Bogdanski requested the $107,886.53 proceeds to be sent to Bogdanski's account at Charles Schwab.

7.      On or about April 19, 2022, Lincoln sent a check in the amount of $107,886.53 to an account in Bogdanski's name at Raymond James, in error.

8.      Recognizing this error, on or about April 19, 2022, Lincoln preemptively sent an electronic payment of $107,886.53 to Charles Schwab for the benefit of Bogdanski's account.

9.      On or about June 28, 2022, Lincoln requested the funds back from Raymond James. However, per Bogdanski's request, Raymond James had already released the funds to Bogdanski and thus was no longer in custody of same.

10.     On or about August 18, 2022, September 16, 2022, and November 8, 2022, Lincoln sent overpayment letters to Bogdanski's home address, requesting that Bogdanski repay the $107,886.53. On or about February 9, 2023, counsel for Lincoln also sent a letter via certified mail to Bogdanski. See Group Exhibit 1.

11.     Bogdanski, therefore, received and converted for her own use a total of $215,773.06 when she knowingly was only entitled to $107,886.53.

12.     Despite the repeated requests, Bogdanski neither sent a response to Lincoln, nor did she return the duplicative balance of $107,886.53.

## COUNT I – UNJUST ENRICHMENT

13.     Lincoln incorporates its allegations in paragraphs 1-12 as paragraph 13 of Count I.

14.     Lincoln has conferred a benefit on Bogdanski, in the form of the overpayment, and Bogdanski has knowledge thereof.

15.     Bogdanski voluntarily accepted and retained this overpayment.

16.     Bogdanski has no right, title, or interest to the overpayment of $107,886.53.

17.     The circumstances render Bogdanski's retention of the overpayment inequitable unless Bogdanski pays to Lincoln the $107,886.53.

18.     Bogdanski has been unjustly enriched at the expense of Lincoln.

19.     Lincoln is entitled to damages as a result of Bogdanski's unjust enrichment, including the disgorgement of all monies unlawfully retained by Bogdanski.

## COUNT II – CONVERSION

20.     Lincoln incorporates its allegations in paragraphs 1-12 as paragraph 20 of Count II.

21.     On or about April 8, 2022, Lincoln was the owner and entitled to the immediate possession of the funds totaling $107,886.53 were inadvertently sent to Bogdanski's account at Raymond James.

22.     On or about July 27, 2022, Bogdanski converted Lincoln's overpayment to her own use by instructing Raymond James to send the inadvertently deposited funds in the amount of $107,886.53 to her at her home address rather than back to Lincoln.

23.     Lincoln has repeatedly demanded of Bogdanski that she return the overpayment to Lincoln, but she refuses to do so.

24.     Bogdanski has no right, title, or interest in the overpayment.

25.     The value of the overpayment converted by Bogdanski was $107,886.53.

26.     Lincoln sustained damages from the unlawful conversion in the of $107,886.53.

## COUNT III - CONSTRUCTIVE TRUST

27.     Lincoln incorporates its allegations in paragraphs 1-12 as paragraph 27 of Count III.

28.     Bogdanski obtained money to which she was not entitled in the form of the duplicative payments from Lincoln to each of two separate brokerage accounts in the name of Bogdanski.

29.     Bogdanski, in equity and good conscience, knows she is not entitled to retain the duplicate payment, readily identifiable property belonging to Lincoln.

30.     Bogdanski is either in possession of the property or its product, and thus holds such property in trust for the benefit of Lincoln.

31.     Bogdanski has control over specific and identifiable assets in the amount of $107,886.53 and such must be returned to Lincoln.

## REQUESTED RELIEF

**WHEREFORE**, Lincoln prays for the following relief from the Court:

a.     a judgment for Lincoln against Bogdanski on all causes of action plead;

b.     an award of damages in the amount of $107,886.53, plus interest;

c.     and award Lincoln all costs it incurs to prosecute this action, as well as any other relief that this Court deems equitable, just, and proper.

Respectfully submitted,

KAUFMAN, DOLOWICH & VOLUCK LLP
/s/ Stefan Dandelles
STEFAN DANDELLES
sdandelles@kdvlaw.com
30 North LaSalle St., Suite 1700
Chicago, Illinois 60602
P: 312-759-1400
F: 312-759-0402
*Attorneys for Lincoln National Corporation*

# GROUP EXHIBIT 1



The Lincoln National Life Insurance Company and/or
Lincoln Life & Annuity Company of New York are herein
separately and collectively referred to as ("Lincoln").

Lincoln Financial Group
P.O. Box 2348
Fort Wayne, IN  46801-2348

August 18, 2022

Contract #: 922257345

DONNA S BOGDANSKI
1 OAKBROOK TER STE 812
OAKBROOK TERRACE  IL  60181-4476

Dear Donna S Bogdanski:

Thank you for choosing the ChoicePlus SM variable annuity offered by Lincoln to assist with your
retirement goals.

During a recent audit of the above referenced annuity contract, a miscalculation was discovered on a
surrender transaction.  The error resulted in the sending of a check of $107,886.53 on 4/8/2022.
However, only $ 0.00 should have been sent.  Therefore, please return $107,886.53 via personal check
made payable to "The Lincoln National Life Insurance Company".

We consider you a valuable customer and thank you for your continued business.  For investment-
related questions or financial advice, please contact your registered representative.  If you have any
questions about your annuity contract, please contact us at 1-800-826-6848, Monday through Friday, 8
a.m. – 6 p.m. ET.

Sincerely,

Registered Representative
Lincoln Financial Group

*Registered representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln
affiliates. Principle office located at 130 N. Radnor Chester Rd., Radnor PA 19089-5221. Lincoln Financial Group is the marketing
name for Lincoln National Corporation and its affiliates. Variable products are sold by prospectus, which contains the investment
objectives, risks, and charges and expenses of the variable product and its underlying investment options.  Read carefully.
The Lincoln National Life Insurance Company is domiciled in Fort Wayne, IN.
Lincoln Life & Annuity Company of New York is domiciled in Syracuse, NY. LCN-1871728-081417*



The Lincoln National Life Insurance Company and/or Lincoln Life & Annuity Company of New York are herein separately and collectively referred to as ("Lincoln").

c:    CHRISTOPHER DEVINE

*Registered representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln affiliates. Principle office located at 130 N. Radnor Chester Rd., Radnor PA 19089-5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Variable products are sold by prospectus, which contains the investment objectives, risks, and charges and expenses of the variable product and its underlying investment options.  Read carefully.*
*The Lincoln National Life Insurance Company is domiciled in Fort Wayne, IN.*
*Lincoln Life & Annuity Company of New York is domiciled in Syracuse, NY. LCN-1871728-081417*



The Lincoln National Life Insurance Company and/or
Lincoln Life & Annuity Company of New York are herein
separately and collectively referred to as ("Lincoln").

Lincoln Financial Group
P.O. Box 2348
Fort Wayne, IN  46801-2348

September 16, 2022

Contract #: 922257345

DONNA S BOGDANSKI
1 OAKBROOK TER STE 812
OAKBROOK TERRACE  IL  60181-4476

Dear Donna S Bogdanski:

Thank you for choosing the ChoicePlus SM variable annuity offered by Lincoln to assist with your
retirement goals.

During a recent audit of the above referenced annuity contract, a miscalculation was discovered on a
surrender transaction.  The error resulted in the sending of a check of $107,886.53 on 4/8/2022.
However, only $ 0.00 should have been sent.  Therefore, please return $107,886.53 via personal check
made payable to "The Lincoln National Life Insurance Company".

We consider you a valuable customer and thank you for your continued business.  For investment-
related questions or financial advice, please contact your registered representative.  If you have any
questions about your annuity contract, please contact us at 1-800-826-6848, Monday through Friday, 8
a.m. – 6 p.m. ET.

Sincerely,

Registered Representative
Lincoln Financial Group

*Registered representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln
affiliates. Principle office located at 130 N. Radnor Chester Rd., Radnor PA 19089-5221. Lincoln Financial Group is the marketing
name for Lincoln National Corporation and its affiliates. Variable products are sold by prospectus, which contains the investment
objectives, risks, and charges and expenses of the variable product and its underlying investment options.  Read carefully.
The Lincoln National Life Insurance Company is domiciled in Fort Wayne, IN.
Lincoln Life & Annuity Company of New York is domiciled in Syracuse, NY. LCN-1871728-081417*

-This page intentionally left blank-



The Lincoln National Life Insurance Company and/or Lincoln Life & Annuity Company of New York are herein separately and collectively referred to as ("Lincoln").

c:   CHRISTOPHER DEVINE

*Registered representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln affiliates. Principle office located at 130 N. Radnor Chester Rd., Radnor PA 19089-5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Variable products are sold by prospectus, which contains the investment objectives, risks, and charges and expenses of the variable product and its underlying investment options.  Read carefully.*
*The Lincoln National Life Insurance Company is domiciled in Fort Wayne, IN.*
*Lincoln Life & Annuity Company of New York is domiciled in Syracuse, NY. LCN-1871728-081417*



The Lincoln National Life Insurance Company and/or
Lincoln Life & Annuity Company of New York are herein
separately and collectively referred to as ("Lincoln").

Lincoln Financial Group
P.O. Box 2348
Fort Wayne, IN 46801-2348

November 8, 2022

Contract #: 922257345

DONNA S BOGDANSKI
STE 812
1 OAKBROOK TER
OAKBROOK TERRACE IL 0181-4476

Dear Donna S Bogdanski:

Thank you for choosing the ChoicePlus SM variable annuity offered by Lincoln to assist with your
retirement goals.

This letter has been sent by registered mail because we have not received a response to our two
previous letters dated 8/19/2022 and 9/16/2022. Please see the enclosed copies for reference.

During a recent audit of the above referenced annuity contract, a miscalculation was discovered on a
Type transaction. The error resulted in the sending of a check of $107,886.53 on 4/8/2022. However,
only $ 0.00 should have been sent. Therefore, please return $107,886.53 via personal check made
payable to "The Lincoln National Life Insurance Company" to correct your account.

You must remit the full amount of the overpayment by 12/8/2022. If no payment is received, tax form
1099-R may be issued to you and your account may be referred to a collection agency and/or our legal
department. If you are unable to make the full payment by the date indicated above, please contact us
to make arrangements for repayment.

We consider you a valuable customer and thank you for your continued business. For investment-
related questions or financial advice, please contact your registered representative. If you have any
questions about your annuity contract, please contact us at 1-800-826-6848, Monday through Friday, 8
a.m. – 6 p.m. ET.

Sincerely,

Registered Representative
Lincoln Financial Group

c:   CHRISTOPHER DEVINE

*Registered representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln
affiliates. Principle office located at 130 N. Radnor Chester Rd., Radnor PA 19089-5221. Lincoln Financial Group is the marketing
name for Lincoln National Corporation and its affiliates. Variable products are sold by prospectus, which contains the investment
objectives, risks, and charges and expenses of the variable product and its underlying investment options. Read carefully.
The Lincoln National Life Insurance Company is domiciled in Fort Wayne, IN.
Lincoln Life & Annuity Company of New York is domiciled in Syracuse, NY. LCN-1871771-081417*

-This page intentionally left blank-



The Lincoln National Life Insurance Company and/or
Lincoln Life & Annuity Company of New York are herein
separately and collectively referred to as ("Lincoln").

Lincoln Financial Group
P.O. Box 2348
Fort Wayne, IN 46801-2348

August 18, 2022

Contract #: 922257345

DONNA S BOGDANSKI
1 OAKBROOK TER STE 812
OAKBROOK TERRACE IL 60181-4476

Dear Donna S Bogdanski:

Thank you for choosing the ChoicePlus SM variable annuity offered by Lincoln to assist with your retirement goals.

During a recent audit of the above referenced annuity contract, a miscalculation was discovered on a surrender transaction. The error resulted in the sending of a check of $107,886.53 on 4/8/2022. However, only $ 0.00 should have been sent. Therefore, please return $107,886.53 via personal check made payable to "The Lincoln National Life Insurance Company".

We consider you a valuable customer and thank you for your continued business. For investment-related questions or financial advice, please contact your registered representative. If you have any questions about your annuity contract, please contact us at 1-800-826-6848, Monday through Friday, 8 a.m. – 6 p.m. ET.

Sincerely,

Registered Representative
Lincoln Financial Group

*Registered representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln affiliates. Principle office located at 130 N. Radnor Chester Rd., Radnor PA 19089-5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Variable products are sold by prospectus, which contains the investment objectives, risks, and charges and expenses of the variable product and its underlying investment options. Read carefully. The Lincoln National Life Insurance Company is domiciled in Fort Wayne, IN.*
*Lincoln Life & Annuity Company of New York is domiciled in Syracuse, NY. LCN-1871728-081417*



The Lincoln National Life Insurance Company and/or
Lincoln Life & Annuity Company of New York are herein
separately and collectively referred to as ("Lincoln").

Lincoln Financial Group
P.O. Box 2348
Fort Wayne, IN 46801-2348

September 16, 2022

Contract #: 922257345

DONNA S BOGDANSKI
1 OAKBROOK TER STE 812
OAKBROOK TERRACE IL 60181-4476

Dear Donna S Bogdanski:

Thank you for choosing the ChoicePlus SM variable annuity offered by Lincoln to assist with your
retirement goals.

During a recent audit of the above referenced annuity contract, a miscalculation was discovered on a
surrender transaction. The error resulted in the sending of a check of $107,886.53 on 4/8/2022.
However, only $ 0.00 should have been sent. Therefore, please return $107,886.53 via personal check
made payable to "The Lincoln National Life Insurance Company".

We consider you a valuable customer and thank you for your continued business. For investment-
related questions or financial advice, please contact your registered representative. If you have any
questions about your annuity contract, please contact us at 1-800-826-6848, Monday through Friday, 8
a.m. – 6 p.m. ET.

Sincerely,

Registered Representative
Lincoln Financial Group

*Registered representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln
affiliates. Principle office located at 130 N. Radnor Chester Rd., Radnor PA 19089-5221. Lincoln Financial Group is the marketing
name for Lincoln National Corporation and its affiliates. Variable products are sold by prospectus, which contains the investment
objectives, risks, and charges and expenses of the variable product and its underlying investment options. Read carefully.
The Lincoln National Life Insurance Company is domiciled in Fort Wayne, IN.
Lincoln Life & Annuity Company of New York is domiciled in Syracuse, NY. LCN-1871728-081417*



**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP
30 N. La Salle St., Suite 1700
Chicago, IL 60602

Telephone: 312.646.6744
312.759.1400
Facsimile: 312.759.0402

www.kdvlaw.com

**Stefan R. Dandelles**
Email: sdandelles@kdvlaw.com
Direct: (312) 646-6742
Mobile: (312) 206-4976

February 9, 2023

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Ms. Donna Bogdanski
32 Willowcrest Dr
Oak Brook, IL 60523

> Re:  <u>Donna Bogdanski Outstanding Balance</u>

Dear Ms. Bogdanski:

This office represents Lincoln Financial Group ("Lincoln Financial") in connection with the above referenced matter. As you know, you are delinquent in your repayment of $107,886.56 to Lincoln Financial.

As you know, as a result of a miscalculation, Lincoln Financial sent funds in the amount of $107,886.56 to Raymond James in error. To rectify this error, Lincoln Financial preemptively sent funds to Charles Schwab, the correct financial institution. On or about June 28, 2022, Lincoln Financial requested the funds back from Raymond James. However, it is our understanding that per your request, on or about July 27, 2022, the funds were sent back to your home address. As such, overpayment letters were sent to your address on August 19, 2022, September 16, 2022, and November 8, 2022 (see attached). However, as of today, no response has been received.

On February 8, 2023, you indicted to us that you neither received the overpayment letters, nor received or deposited the aforementioned funds. However, we have it upon information and belief that Raymond James sent these funds to your home address at your request.

Lincoln Financial would prefer to avoid commencing a legal proceeding to collect the outstanding balance. However, if Lincoln Financial does not receive payment in full for the outstanding balance of $107,886.56 by Wednesday, February 23, 2023, it will be forced to commence an action to collect the outstanding balance and seek interest, attorneys' fees, and any other remedy available to it under the Agreement and at law.

Lincoln Financial hopes to resolve this matter without further delay and without pursuing its legal remedies. Should you have any questions regarding this letter, please do not hesitate to contact us.

Very truly yours,
Kaufman Dolowich & Voluck LLP

Stefan R. Dandelles

cc:     **VIA E-MAIL**
        Jeff Davis
        AVP & Senior Counsel
        Lincoln Financial Group
        Jeff.Davis@lfg.com



The Lincoln National Life Insurance Company and/or
Lincoln Life & Annuity Company of New York are herein
separately and collectively referred to as ("Lincoln").

Lincoln Financial Group
P.O. Box 2348
Fort Wayne, IN 46801-2348

August 18, 2022

Contract #: 922257345

DONNA S BOGDANSKI
1 OAKBROOK TER STE 812
OAKBROOK TERRACE IL 60181-4476

Dear Donna S Bogdanski:

Thank you for choosing the ChoicePlus SM variable annuity offered by Lincoln to assist with your
retirement goals.

During a recent audit of the above referenced annuity contract, a miscalculation was discovered on a
surrender transaction. The error resulted in the sending of a check of $107,886.53 on 4/8/2022.
However, only $ 0.00 should have been sent. Therefore, please return $107,886.53 via personal check
made payable to "The Lincoln National Life Insurance Company".

We consider you a valuable customer and thank you for your continued business. For investment-
related questions or financial advice, please contact your registered representative. If you have any
questions about your annuity contract, please contact us at 1-800-826-6848, Monday through Friday, 8
a.m. – 6 p.m. ET.

Sincerely,

Registered Representative
Lincoln Financial Group

*Registered representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln
affiliates. Principle office located at 130 N. Radnor Chester Rd., Radnor PA 19089-5221. Lincoln Financial Group is the marketing
name for Lincoln National Corporation and its affiliates. Variable products are sold by prospectus, which contains the investment
objectives, risks, and charges and expenses of the variable product and its underlying investment options. Read carefully.
The Lincoln National Life Insurance Company is domiciled in Fort Wayne, IN.
Lincoln Life & Annuity Company of New York is domiciled in Syracuse, NY. LCN-1871728-081417*



The Lincoln National Life Insurance Company and/or Lincoln Life & Annuity Company of New York are herein separately and collectively referred to as ("Lincoln").

c:   CHRISTOPHER DEVINE

*Registered representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln affiliates. Principle office located at 130 N. Radnor Chester Rd., Radnor PA 19089-5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Variable products are sold by prospectus, which contains the investment objectives, risks, and charges and expenses of the variable product and its underlying investment options.  Read carefully.*
*The Lincoln National Life Insurance Company is domiciled in Fort Wayne, IN.*
*Lincoln Life & Annuity Company of New York is domiciled in Syracuse, NY. LCN-1871728-081417*



The Lincoln National Life Insurance Company and/or
Lincoln Life & Annuity Company of New York are herein
separately and collectively referred to as ("Lincoln").

Lincoln Financial Group
P.O. Box 2348
Fort Wayne, IN  46801-2348

September 16, 2022

Contract #: 922257345

DONNA S BOGDANSKI
1 OAKBROOK TER STE 812
OAKBROOK TERRACE  IL  60181-4476

Dear Donna S Bogdanski:

Thank you for choosing the ChoicePlus SM variable annuity offered by Lincoln to assist with your retirement goals.

During a recent audit of the above referenced annuity contract, a miscalculation was discovered on a surrender transaction.  The error resulted in the sending of a check of $107,886.53 on 4/8/2022.  However, only $ 0.00 should have been sent.  Therefore, please return $107,886.53 via personal check made payable to "The Lincoln National Life Insurance Company".

We consider you a valuable customer and thank you for your continued business.  For investment-related questions or financial advice, please contact your registered representative.  If you have any questions about your annuity contract, please contact us at 1-800-826-6848, Monday through Friday, 8 a.m. – 6 p.m. ET.

Sincerely,

Registered Representative
Lincoln Financial Group

*Registered representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln affiliates. Principle office located at 130 N. Radnor Chester Rd., Radnor PA 19089-5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Variable products are sold by prospectus, which contains the investment objectives, risks, and charges and expenses of the variable product and its underlying investment options.  Read carefully.
The Lincoln National Life Insurance Company is domiciled in Fort Wayne, IN.
Lincoln Life & Annuity Company of New York is domiciled in Syracuse, NY. LCN-1871728-081417*

-This page intentionally left blank-



The Lincoln National Life Insurance Company and/or
Lincoln Life & Annuity Company of New York are herein
separately and collectively referred to as ("Lincoln").

c:   CHRISTOPHER DEVINE

*Registered representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln affiliates. Principle office located at 130 N. Radnor Chester Rd., Radnor PA 19089-5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Variable products are sold by prospectus, which contains the investment objectives, risks, and charges and expenses of the variable product and its underlying investment options.  Read carefully.*
*The Lincoln National Life Insurance Company is domiciled in Fort Wayne, IN.*
*Lincoln Life & Annuity Company of New York is domiciled in Syracuse, NY. LCN-1871728-081417*



The Lincoln National Life Insurance Company and/or
Lincoln Life & Annuity Company of New York are herein
separately and collectively referred to as ("Lincoln").

Lincoln Financial Group
P.O. Box 2348
Fort Wayne, IN  46801-2348

November 8, 2022

Contract #: 922257345

DONNA S BOGDANSKI
STE 812
1 OAKBROOK TER
OAKBROOK TERRACE  IL  0181-4476

Dear Donna S Bogdanski:

Thank you for choosing the ChoicePlus SM variable annuity offered by Lincoln to assist with your retirement goals.

This letter has been sent by registered mail because we have not received a response to our two previous letters dated 8/19/2022 and 9/16/2022.  Please see the enclosed copies for reference.

During a recent audit of the above referenced annuity contract, a miscalculation was discovered on a Type transaction.  The error resulted in the sending of a check of $107,886.53 on 4/8/2022. However, only $ 0.00 should have been sent.  Therefore, please return $107,886.53 via personal check made payable to "The Lincoln National Life Insurance Company" to correct your account.

You must remit the full amount of the overpayment by 12/8/2022.  If no payment is received, tax form 1099-R may be issued to you and your account may be referred to a collection agency and/or our legal department.  If you are unable to make the full payment by the date indicated above, please contact us to make arrangements for repayment.

We consider you a valuable customer and thank you for your continued business.  For investment-related questions or financial advice, please contact your registered representative.  If you have any questions about your annuity contract, please contact us at 1-800-826-6848, Monday through Friday, 8 a.m. – 6 p.m. ET.

Sincerely,

Registered Representative
Lincoln Financial Group

c:   CHRISTOPHER DEVINE

*Registered representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln affiliates. Principle office located at 130 N. Radnor Chester Rd., Radnor PA 19089-5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Variable products are sold by prospectus, which contains the investment objectives, risks, and charges and expenses of the variable product and its underlying investment options.  Read carefully.*
*The Lincoln National Life Insurance Company is domiciled in Fort Wayne, IN.*
*Lincoln Life & Annuity Company of New York is domiciled in Syracuse, NY. LCN-1871771-081417*

-This page intentionally left blank-



The Lincoln National Life Insurance Company and/or
Lincoln Life & Annuity Company of New York are herein
separately and collectively referred to as ("Lincoln").

Lincoln Financial Group
P.O. Box 2348
Fort Wayne, IN  46801-2348

August 18, 2022

Contract #: 922257345

DONNA S BOGDANSKI
1 OAKBROOK TER STE 812
OAKBROOK TERRACE  IL  60181-4476

Dear Donna S Bogdanski:

Thank you for choosing the ChoicePlus SM variable annuity offered by Lincoln to assist with your
retirement goals.

During a recent audit of the above referenced annuity contract, a miscalculation was discovered on a
surrender transaction.  The error resulted in the sending of a check of $107,886.53 on 4/8/2022.
However, only $ 0.00 should have been sent.  Therefore, please return $107,886.53 via personal check
made payable to "The Lincoln National Life Insurance Company".

We consider you a valuable customer and thank you for your continued business.  For investment-
related questions or financial advice, please contact your registered representative.  If you have any
questions about your annuity contract, please contact us at 1-800-826-6848, Monday through Friday, 8
a.m. – 6 p.m. ET.

Sincerely,

Registered Representative
Lincoln Financial Group

*Registered representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln
affiliates. Principle office located at 130 N. Radnor Chester Rd., Radnor PA 19089-5221. Lincoln Financial Group is the marketing
name for Lincoln National Corporation and its affiliates. Variable products are sold by prospectus, which contains the investment
objectives, risks, and charges and expenses of the variable product and its underlying investment options.  Read carefully.
The Lincoln National Life Insurance Company is domiciled in Fort Wayne, IN.
Lincoln Life & Annuity Company of New York is domiciled in Syracuse, NY. LCN-1871728-081417*



The Lincoln National Life Insurance Company and/or
Lincoln Life & Annuity Company of New York are herein
separately and collectively referred to as ("Lincoln").

Lincoln Financial Group
P.O. Box 2348
Fort Wayne, IN 46801-2348

September 16, 2022

Contract #: 922257345

DONNA S BOGDANSKI
1 OAKBROOK TER STE 812
OAKBROOK TERRACE IL 60181-4476

Dear Donna S Bogdanski:

Thank you for choosing the ChoicePlus SM variable annuity offered by Lincoln to assist with your
retirement goals.

During a recent audit of the above referenced annuity contract, a miscalculation was discovered on a
surrender transaction. The error resulted in the sending of a check of $107,886.53 on 4/8/2022.
However, only $ 0.00 should have been sent. Therefore, please return $107,886.53 via personal check
made payable to "The Lincoln National Life Insurance Company".

We consider you a valuable customer and thank you for your continued business. For investment-
related questions or financial advice, please contact your registered representative. If you have any
questions about your annuity contract, please contact us at 1-800-826-6848, Monday through Friday, 8
a.m. – 6 p.m. ET.

Sincerely,

Registered Representative
Lincoln Financial Group

*Registered representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln
affiliates. Principle office located at 130 N. Radnor Chester Rd., Radnor PA 19089-5221. Lincoln Financial Group is the marketing
name for Lincoln National Corporation and its affiliates. Variable products are sold by prospectus, which contains the investment
objectives, risks, and charges and expenses of the variable product and its underlying investment options. Read carefully.
The Lincoln National Life Insurance Company is domiciled in Fort Wayne, IN.
Lincoln Life & Annuity Company of New York is domiciled in Syracuse, NY. LCN-1871728-081417*